# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 12-CR-178 (1) (JNE/FLN) |
| OLUREMI GEORGE, Defendant. | Date: August 23, 2012 |
| | Court Reporter: Tim Willette |
| | Courthouse: Minneapolis |
| | Courtroom: 12W |
| | Time Commenced: 2:16 p.m. |
| | Time Concluded: 3:01 p.m. |
| | Time in Court: 0 Hours & 45 Minutes |

Defendant's true name if different from charging instrument: **VICTORIA AYOOLA**
☐ Parties ordered to file stipulation or proposed order for name change.
☒ Clerk of Court is directed to change name to: **VICTORIA AYOOLA a.k.a. OLUREMI GEORGE**

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Colin P. Johnson
    For Defendant:    Kenneth U. Udoibok  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed
    Interpreter/Language: /
    ☐ Appointment of Counsel requested - ☐ granted  ☐ denied.
    ☐ Appointed

PROCEEDINGS:

    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count(s): 5 and 9 of the indictment.
        ☐ Guilty as to All Counts without a Plea Agreement (Straight-up)
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒  Presentence Investigation and Report requested.
    ☒  Bond continued.
    ☐  **~Util Set/Reset Hearings:** Sentencing is scheduled for at before Joan N. Ericksen.
    ☐  Defendant remanded to the custody of the U.S. Marshal.

                                                        s/Elsa Bullard
                                                             Law Clerk